# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 24, 2022

## NO. 03-22-00057-CV

**Billy Wayne Duffie, Jr., Appellant**

**v.**

**Taylor M. Days, Appellee**

## APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES GOODWIN, BAKER AND TRIANA
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on January 20, 2022. Having reviewed the record, the Court holds that Billy Wayne Duffie, Jr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.